UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:21-cv-01180-DAD-JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Because the plaintiff had not filed proofs of service and the defendant had not appeared in this action, the Court ordered the plaintiff to show cause why sanctions should not be imposed for the failure to prosecute the action or to file proofs of service. (Doc. 6) On October 18, 2021, the plaintiff filed the proof of service. (Doc. 7) Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

　　Dated:   **October 21, 2021**　　　　　　　　　 /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1