# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 1:21-cv-01180-DAD-BAK (EPG)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 18) |

The parties report they have come to terms of settlement. (Doc. 18.) The parties request to have 21 days to file dispositional papers. (Id.) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than March 16, 2022**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **February 24, 2022**        /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE