# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | CASE NO. 1:21-CV-01180-DAD-BAK (EPG) |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Good cause appearing to support the parties' joint stipulation for additional time to file dispositional documents, IT IS HEREBY ORDERED that the parties are granted an additional 21 days, or until April 6, 2022, to file necessary dispositional documents for this matter.

IT IS SO ORDERED.

Dated:   **March 17, 2022**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE