IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  1:21-CV-01180-DAD-BAK (EPG)<br><br>**ORDER** |

Good cause appearing to support the parties' joint stipulation for additional time to file dispositional documents, IT IS HEREBY ORDERED that the parties are granted an additional 21 days, or until April 27, 2022, to file necessary dispositional documents for this matter.

IT IS SO ORDERED.

Dated:  **April 8, 2022**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

MOTION TO EXTEND CASE DEADLINES                    1