UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-01180-DAD-BAK (EPG)<br><br>ORDER CLOSING THE CASE<br><br>(ECF No. 25) |

The parties have reported that they have settled "each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to [this action]." (ECF No. 25 at 1). The parties have agreed to dismissal of this case with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each of the parties to bear their own costs, fees, and expenses. (*Id*. at 2). The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 15, 2022**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE